# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARVIN D. CHANCE, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-1303-JTM |
| ) | |
| **INTEL CORPORATION, a Delaware** ) | |
| **corporation, and INTEL KABUSHIKI** ) | |
| **KAISHA, a Japanese corporation,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter is before the court on Intel Kabushiki Kaisha's (IKK) motion for an extension of time to answer or otherwise respond to plaintiff's complaint. (Doc. 19). Specifically, IKK seeks an order extending its time to respond to "60 days after a decision on plaintiff's motion to remand." IKK argues that such an extension serves the interests of judicial economy because IKK intends to move for dismissal based on a lack of personal jurisdiction and ineffective service of process if the case remains in federal court; however, if the case is remanded to state court IKK will not assert such defenses. Plaintiff does not oppose a limited extension but argues that IKK should proceed with its motion to dismiss before the remand issue is resolved.

The court is persuaded that the interests of judicial economy are best served by

extending IKK's deadline to answer or otherwise respond to 60 days after the ruling on plaintiff's motion to remand. Such an extension is consistent with the deadline established for the other defendant in this case, Intel Corporation, to answer or respond to the complaint. More importantly, the parties' dispute concerning service of process and personal jurisdiction related to IKK will be moot if the case is remanded to state court.[1]

**IT IS THEREFORE ORDERED** that Intel Kabushiki Kaisha's motion for an extension of time **(Doc. 19)** is **GRANTED.** IKK's deadline to answer or otherwise respond is extended until 60 days after a decision on plaintiff's motion to remand.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 11th day of January 2006.

S/ Karen M. Humphreys
_____
KAREN M. HUMPHREYS
United States Magistrate Judge

---

[1] Plaintiff attempts to argue the legal merits of IKK's anticipated motion. The court declines to express any opinion concerning the sufficiency of service of process or personal jurisdiction related to IKK.