OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

May 5, 2006

TO:   Counsel of Record (See attached)

RE:   IN RE INTEL CORPORATION, MDL 05-1717 JJF

Dear Counsel:

This is to advise you that a certified copy of the Multi-District Transfer Order was docketed in this court on 4/17/06.

The following action has been transferred to the District of Delaware:

Chance v. Intel Corp. et al., C.A. No. 6:05-1303
USDC Delaware's civil action number 06-265 JJF

The name and address of the Judge to whom this case has been assigned in this court is:

The Honorable Joseph J. Farnan, Jr.
United States Judge
District of Delaware
844 N. King St., Lockbox 27
Wilmington, DE 19801

Attorneys of record in Multi-District Litigation (MDL) cases, who are not members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                Sincerely,
                PETER T. DALLEO, CLERK


                __/s/_____
                Monica Mosley
                Deputy Clerk

cc:    Honorable Joseph J. Farnan, Jr.
       Counsel on Attached Mailing List for 06-265 JJF

# Mailing Information for a Case 1:06-cv-00265-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert W. Coykendall**
  rcoykendall@morrislaing.com

- **Barbara C. Frankland**
  bfrankland@midwest-law.com

- **Tim J. Moore**
  tmoore@morrislaing.com

- **Rex A. Sharp**
  rsharp@midwest-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 1:05-md-01717-JJF

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Maria Nunzio Alioto**
  malioto@tatp.com

- **Donald Chidi Amamgbo**
  DonaldAmamgbo@Citycom.com

- **Eric M. Andersen**
  emandersen@prickett.com
  kfiore@cmht.com;blandau@CMHT.com;abaker@CMHT.com;guido@saveri.com;mhausfeld@cm

- **Steven A. Asher**
  asher@wka-law.com

- **Allyson B. Baker**
  abaker@cmht.com kfiore@cmht.com

- **David Mark Balabanian**
  david.balabanian@bingham.com

- **Adam L. Balick**
  abalick@bgbblaw.com

- **Gordon Ball**
  gball@ballandscott.com filings@ballandscott.com

- **Natalie Bennett**
  nfinkelman@classactioncounsel.com

- **Steve W. Berman**
  steve@hbsslaw.com heatherw@hbsslaw.com

- **Darren B. Bernhard**
  bernhardd@howrey.com

- **Garrett D. Blanchfield, Jr**
  g.blanchfield@rwblawfirm.com

- **David Boies, III**
  dboies@straus-boies.com

- **Francis A. Bottini, Jr**
  bottini@whafh.com

- **Jade Butman**
  jbutman@kellergrover.com

- **Scott E. Chambers**
  schambers@schmittrod.com

- **Robert E. Cooper**
  rcooper@gibsondunn.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **Frederick L. Cottrell, III**
  cottrell@rlf.com

- **Robert Ray Davis**
  robertdavis@chimicles.com marymingle@chimicles.com;amandadurham@chimicles.com

- **Charles P. Diamond**
  CDiamond@omm.com kami.greif@amd.com

- **Thomas P. Dove**
  tdove@furth.com

- **Donald F. Drummond**
  ballen@drummondlaw.net

- **Vincent J. Esades**
  vesades@heinsmills.com

- **Nancy Fineman**
  nfineman@cpsmlaw.com

- **Steven J. Fineman**
  fineman@rlf.com

- **Daniel S. Floyd**
  dfloyd@gibsondunn.com

- **Joy K. Fuyuno**
  joy.fuyuno@bingham.com

- **Jeffrey S. Goddess**
  jgoddess@rmgglaw.com cwetty@rmgglaw.com

- **Robert D. Goldberg**
  goldberg@batlaw.com meme@batlaw.com

- **David William Gregory**
  dwgregory@prickett.com sejackson@prickett.com

- **Laurin Grollman**
  lgrollman@kasowitz.com

- **Daniel E. Gustafson**
  dgustafson@gustafsongluek.com

- **Lance A. Harke**
  lharke@harkeclasby.com

- **Jason S. Hartley**
  jhartley@rdblaw.com

- **Christopher B. Hockett**
  chris.hockett@bingham.com

- **James L. Holzman**
  jlholzman@prickett.com samale@prickett.com

- **Richard L. Horwitz**
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com;nmcmenamin@potteranderson.com;achin@potteranderson.com;mba

- **Fred T. Isquith**
  Isquith@whafh.com

- **Michele C. Jackson**
  mjackson@lchb.com

- **Steven A. Kanner**
  skanner@muchshelist.com

- **Salem M. Katsh**
  skatsh@kasowitz.com

- **Jeffrey F. Keller**
  jfkeller@kellergrover.com

- **Jason S. Kilene**
  jkilene@gustafsongluek.com

- **Robert S. Kitchenoff**
  kitchenoff@wka-law.com

- **Muria J. Kruger**
  mkruger@heinsmills.com

- **Brent W. Landau**
  blandau@cmht.com

- **Michael P. Lehmann**

mlehmann@furth.com

- **Adam J. Levitt**
  levitt@whafh.com

- **James R. Malone, Jr**
  JamesMalone@Chimicles.com

- **James Gordon McMillan, III**
  jmcmillan@bmf-law.com

- **R. Bruce McNew**
  mcnew@taylormcnew.com

- **Douglas A. Millen**
  dmillen@muchshelist.com

- **Robert Mills**
  deepbluesky341@hotmail.com info@millslawfirm.com

- **A. Zachary Naylor**
  zacharynaylor@chimicles.com amandadurham@chimicles.com

- **Marguerite E. O'Brien**
  mobrien@heinsmills.com

- **Ali Oromchian**
  ao@ftllaw.com

- **Joseph M. Patane**
  jpatane@tatp.com

- **Juden Justice Reed**
  jreed@schubert-reed.com

- **Richard A. Ripley**
  richard.ripley@bingham.com

- **Kellie Safar**
  ksafar@labaton.com electroniccasefiling@labaton.com

- **Hollis L. Salzman**
  hsalzman@labaton.com

- **Mark A. Samuels**
  MSamuels@omm.com

- **R. Alexander Saveri**
  rick@saveri.com

- **Francis O. Scarpulla**
  foslaw@pacbell.net

- **Chad Michael Shandler**
  shandler@rlf.com pstewart@rlf.com

- **Daniel A. Small**
  dsmall@cmht.com

- **Linda J. Smith**
  lsmith@omm.com

- **Allan Steyer**
  asteyer@steyerlaw.com

- **Reginald Von Terrell**
  REGGIET2@aol.com

- **Pamela S. Tikellis**
  pamelatikellis@chimicles.com

- **Alex C. Turan**
  aturan@furth.com

- **B.J. Wade**
  bwade@gewwlaw.com

- **Edward A. Wallace**
  eawallace@wexlerfirm.com electroniccourtfiling@wexlerfirm.com

- **Bruce J. Wecker**
  bwecker@hosielaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel B. Allanoff
Meredith Cohen Greenfogel & Skirnick P.C.
117 South 17th St.
22nd Floor
Architects Building
Philadelphia, PA 19103

Scott Ames
Serratore & Ames
9595 Wilshire Blvd.
Suite 201
Los Angeles, CA 90212
```

**Russell M. Aoki**
Aoki Sakamoto Grant LLP
One Convention Place
701 Pike St.
Suite 1525
Seattle, WA 98101

**Michael J. Beck**
Clerk, MDL Judicial Panel
One Columbus Circle, N.E.
Room G-255, Federal Judiciary Bldg
Washington, DC 20002-8004

**Daniel Hume**
Kirby McInerney & Squire L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022

**Michael L. Kirby**
Kirby Noonan Lance and Hoge
600 West Broadway
Suite 1100
San Diego, CA 92101-3302

**Robert J. Kriner, Jr**
Chimicles & Tikellis, LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

**Donald L. Perelman**
Fine Kaplan & Black RPC
1835 Market St.
28th Floor
Philadelphia, PA 19103

**Randy R. Renick**
128 North Fair Oaks Avenue
Suite 204
Pasedena, CA 91103

**Douglas G. Thompson, Jr**
Finkelstein Thompson & Loughran
1050 30th St., N.W.
Washington, DC 20007



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
# ELECTRONIC FILING REGISTRATION FORM

*FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL) CASES WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: An attorney of record in a case transferred to Delaware (that is part of a Multi-District Litigation (MDL) action), who is NOT a member of the bar of this Court, may register for ECF on a case-by-case basis. Please submit an original signed registration form to the Clerk's Office to request an ECF account. Once issued, a user ID and password will be valid for electronic filing and noticing in this MDL and below noted Dist. of DE case(s) only:

**(Please Print or Type all information)**

MDL CAPTION:                                     DIST. OF DE
IN RE: _____          MDL CA #_____

PARTY(IES)
RESPRESENTED:_____

_____

DELAWARE CASE(S) CA #_____

_____

Internet E-Mail Address:_____ (Print clearly)

Last Name:_____ Generation: (e.g., Jr., Sr.) _____

First Name:_____ Middle Initial:_____

Firm's Name: _____

Address:_____

City: _____ State: _____ Zip Code: _____

Phone No.: _____ Do you have a PACER Account (required)? ❏ Yes ❏ No

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____    _____
             Signature                                      Date

| Submit completed registration form to: | **COURT USE ONLY**: (ECF MDL Atty. Reg. Form - Rev. 2/06) |
|---|---|
| Clerk<br>U.S. District Court for the District of Delaware<br>ATTN: ECF Registration<br>Room 4209, Lockbox 18<br>844 N. King Street<br>Wilmington, DE 19801<br><br>(302) 573-6170  Web site: www.ded.uscourts.gov | DATE REGISTRATION FORM RECEIVED: _____<br><br>USER ID: _____ PASSWORD:_____<br><br>DATE ISSUED: _____ BY:_____<br><br>E-MAIL NOTICE SENT: _____ BY:_____ |